IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY VARGO, ET AL.,

    Plaintiffs,                      10cv1164
                                        **ELECTRONICALLY FILED**

    v.

PAUL DESEBATO, ET AL,

    Defendants.

## Order of Court

AND NOW, this 5th day of March, 2013, after Plaintiffs Anthony Vargo, et al., filed an action in the above-captioned case which was removed to this Court, and Plaintiff Vargo filed an Application to Confirm Arbitration Decision on Liability (doc. no. 41), and a Report and Recommendation was filed by United States Magistrate Judge Cynthia Reed Eddy granting the parties until March 4, 2013, to file written objections thereto. Hearing no objections thereto, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Application to Confirm Arbitration Decision on Liability (doc. no. 41) is GRANTED.

                                      **SO ORDERED** this 5th day of March, 2013.

                                      s/Arthur J. Schwab
                                      Arthur J. Schwab
                                      United States District Judge

cc:    All Registered ECF Counsel and Parties

        Honorable Cynthia Reed Eddy
        United States Magistrate Judge